**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| James Pittman, _____/ | NO. C 08-05375 JW |
| | NO. C 08-05810 JW |
| Haig P. Ashikian, et al., | NO. C 09-00121 JW |
| _____/ | NO. C 09-00122 JW |
| | NO. C 09-00187 JW |
| Peter Keller, | NO. C 09-00275 JW |
| _____/ | NO. C 09-00330 JW |
| | NO. C 09-01028 JW |
| William J. Gillis, Jr., | NO. C 09-03277 JW |
| _____/ | NO. C 09-03278 JW |
| | NO. C 09-03321 JW |
| Aaron Walters, | NO. C 09-03353 JW |
| _____/ | **ORDER CLOSING CASES** |
| Eulardi Tanseco, _____/ | |
| Jacob Medway, _____/ | |
| Jessica Alena Smith, et al., _____/ | |
| Timothy Ritchie, _____/ | |
| Onel Gonzales, et al., _____/ | |
| Avi Koschitzki, _____/ | |
| Alyce R. Payne, et al., _____/ | |
|          Plaintiffs,   v. | |
| Apple, Inc., et al., | |
|          Defendants. _____/ | |

On September 3, 2009, the parties in the above-captioned cases filed a Joint Motion to Consolidate, in which they contended that all of these cases should be consolidated for pre-trial purposes.[1] On September 22, 2009, the Court granted the parties' Joint Motion to Consolidate and consolidated all of the above-captioned cases into the case of In re Apple iPhone 3G Products Liability Litigation.[2]

Accordingly, pursuant to the Court's September 22 Order consolidating these cases into In re Apple iPhone 3G Products Liability Litigation, the Clerk of Court shall immediately close these cases.

Dated: March 26, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Joint Notice of Motion and Motion to Consolidate Related Actions for Pre-Trial Purposes and to Permit Filing of Consolidated Master Complaint; Memorandum of Points and Authorities in Support Thereof, Docket Item No. 5 in No. MDL 09-02045 JW.)

[2] (See Order Following Case Management Conference; Consolidating Cases for MDL Purposes; and Adopting Plaintiffs' Proposed Class Counsel Structure at 2, hereafter, "September 22 Order," Docket Item No. 16 in No. MDL 09-02045 JW.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan M. Mansfield alan@clgca.com
Alexis Alexander Phocas aap@classlitigation.com
Andrew David Muhlbach amuhlbach@mofo.com
Gordon M. Fauth gmf@classlitigation.com
Heather A. Moser hmoser@mofo.com
Penelope Athene Preovolos ppreovolos@mofo.com

**Dated: March 26, 2012**                    **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
     **Susan Imbriani**
     **Courtroom Deputy**

**United States District Court**
For the Northern District of California